UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
OCT 17 2001
U.S BANKRUPTCY COURT
BY_____ DEPUTY

IN RE: BARBARA J KRUEGER § CASE NO. 97-10809
§
§
PAID DEBTOR § CHAPTER 13

428.35
16047258

## NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES NOW, Ray Hendren, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on March 3, 1997. The Court confirmed the Debtor's plan on May 1, 1998. Debtor completed the payments under her plan on November 24, 1998.

2. The Trustee has a balance on hand in this case of $428.35 which is owed to the Debtor as a refund. The Trustee has attempted to locate the Debtor but her whereabouts are unknown.

3. The Trustee, therefore, believes the unclaimed funds owing the Debtor should be paid to the Bankruptcy Court pursuant to Section 347 of the Bankruptcy Code as the Debtor's whereabouts are unknown.

4. The Trustee's check for $428.35 payable to the clerk of the court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure, the Trustee files the following list of all known names and addresses of the persons and the amounts which they are entitled to be paid from the estate.

| Name and address Of Debtor | Amount of Disbursement Check |
|---|---|
| Barbara J Krueger<br>1906 Sbisa Way #A<br>Byran TX 77807-2332 | $428.35 |

Dated: OCT 16 2001

Ray Hendren, Trustee
101 E. 9th Street, Suite 1200
Austin, Texas 78701
(512) 474-6309

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS / AUSTIN DIVISION

IN RE:                                                 CASE NO. 97-10809 FM
BARBARA J KRUEGER                      CHAPTER 13

**OCT 16 2001**

CERTIFICATE OF SERVICE
------------------------

    I, RAY HENDREN, CHAPTER 13 TRUSTEE, CERTIFY THAT A TRUE AND CORRECT COPY OF
THE NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT
HAS BEEN MAILED BY US MAIL TO THE DEBTOR(S), DEBTOR(S)' ATTORNEY OF RECORD,
AND ALL CREDITORS AT THE ADDRESSES LISTED BELOW ON                    .

---

BARBARA J KRUEGER                            MICHAEL R ZIMMERN
                                                      PO BOX 1539
1906 SBISA WAY #A
                                                      ROUND ROCK TX 78680-1539
BYRAN TX 77807-2332

---

U.S. TRUSTEE
903 SAN JACINTO
SUITE 230
AUSTIN TX  78701

---

PAMELA ARNOLD BASSEL
LAW SNAKARD & GAMBILL
500 THROCKMORTON STE 3200
FT WORTH TX 76102

---

                                       SIGNED: _____
                                                 RAY HENDREN, CHAPTER 13 TRUSTEE

                            ON:  **OCT 16 2001**